1

2

3

4

5

6

7

8                              United States District Court

9                              Eastern District of California

10

11

12   Larance Andy Smith,

13          Petitioner,                    No. Civ. S 98-1312 EJG PAN P

14      vs.                                Order

15   Ernie Roe, Warden,

16          Respondent.

17                                -oOo-

18       Pursuant to the appellate court's judgment filed January 17,

19   2006, petitioner's conviction is vacated with prejudice, the

20   application for a writ of habeas corpus is granted and respondent

21   immediately shall release petitioner.

22       So ordered.

23   Dated:   1/31/06                 /s/ Edward J. Garcia
                                      EDWARD J. GARCIA, JUDGE
24   _____

25

26